Theresa HIRD, Appellant,

v.

Edward HIRD, Respondent.

No. WD 52240.

Missouri Court of Appeals,
Western District.

Dec. 3, 1996.

James J. Wheeler, Keytesville, for appellant.

Wayne E. Schirmer, Moberly, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Theresa Hird appeals from an order of the Circuit Court of Randolph County modifying the visitation provisions of her divorce decree with Edward Hird. Perceiving no jurisprudential value in a published opinion, we enter this summary order. The parties have been provided with a memorandum opinion explaining our decision.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Tyrone La–Shun MARSHALL, Appellant.

STATE of Missouri, Appellant,

v.

Tyrone L. MARSHALL, Defendant.

Nos. WD 52239, CR0195–045719F.

Missouri Court of Appeals,
Western District.

Dec. 3, 1996.

As Modified Dec. 24, 1996.

Rosalyn Koch, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

Convicted by a jury of possession of a controlled substance, and sentenced as a prior offender, the defendant sought to suppress his incriminating statements to police after having sought counsel. Trial court was correct in overruling suppression since defendant voluntarily instigated further discussion with police. Affirmed Rule 30.25(b).